IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Delores

Printed: 4/8/08

Case Number: 07 B 24134
Judge: Hollis, Pamela S
Filed: 12/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AmeriCash Loans, LLC | Unsecured | 652.09 | 0.00 |
| 2. | AT&T | Priority | | No Claim Filed |
| 3. | Ameritech | Priority | | No Claim Filed |
| 4. | American Credit Educators | Priority | | No Claim Filed |
| 5. | AT&T | Priority | | No Claim Filed |
| 6. | Check It | Unsecured | | No Claim Filed |
| 7. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 8. | Cingular Wireless | Unsecured | | No Claim Filed |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | Collection Services Division | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 14. | Advanced Collections Systems Inc | Unsecured | | No Claim Filed |
| 15. | Majestic Star Casino | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 652.09 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lee, Delores | Case Number:  07 B 24134 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  12/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

